CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

JUN 23 2015

JULIA C. DUDLEY, CLERK
BY: C. Knick
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JORGE PUENTES, | ) | Civil Action No. 7:14-cv-00709 |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM OPINION** |
| v. | ) | |
| | ) | By: Norman K. Moon |
| A. L. GOODRICH, | ) | United States District Judge |
| Defendant(s). | ) | |

Jorge Puentes, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered June 3, 2015, the court directed plaintiff to submit within 7 days from the date of the Order why this action should not be dismissed for failure to prosecute. If Puentes did not respond to the order, the court will assume he has lost interest in this case and will dismiss it without prejudice.

More than 7 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 23rd day of June, 2015.

United States District Judge