CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

JUN 2 3 2015

JULIA C. DUDLEY, CLERK
BY: C. Amor
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JORGE PUENTES, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:14-cv-00709 |
| | ) | |
| v. | ) | **DISMISSAL ORDER** |
| | ) | |
| A. L. GOODRICH, | ) | By:   Norman K. Moon |
|     Defendant(s). | ) |        United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 23rd day of June, 2015.

                                                  United States District Judge